In the Matter of the Liquidation of Bond and Mortgage Guarantee Company. In the Matter of the Petition of Nathan Lifshutz and Elsa Lifshutz,

Appellants, Holders of a Certificate in Bond and Mortgage Guarantee Company Certificated Mortgage Issue Known as Guarantee No. 181,626 and Covering Premises 6 Franklin Street, Garden City, Long Island, for an Order Directing Louis· H. Pink, as Superintendent of Insurance of the State of New York, as Liquidator of the Bond and Mortgage Guarantee Company, and Mortgage Commission of the State of New York, Respondents, to Account for and Pay Over to All Certificate Holders in said Issue the Moneys Deducted by Them for Servicing the Said Mortgage Over and Above the Actual Costs of Servicing the Same.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. [See 256 App. Div. 1089.] The following question is certified: Should the petitioners' motion have been granted? Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.